UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-80304-MIDDLEBROOKS/MCCABE

MARY ANNETTE LAMIRANDE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge Ryon McCabe (the "Report") on April 20, 2022. (DE 40). The Report recommends denying Plaintiff's Motion for Summary Judgment (DE 28), granting Defendant's Motion for Summary Judgment (DE 30), and upholding the Administrative Law Judge's decision. On May 4, 2022, Plaintiff filed objections to the Report. (DE 41).

Plaintiff objects to several findings in the Report. She disagrees with the Report's conclusion that the ALJ properly analyzed supportability even though he did not include the word "supportability" in his decision. (DE 41 at 1–2). In addition, she contends that while the ALJ cited evidence, he did not adequately explain why he rejected Dr. Dabu's findings, and "the Magistrate Judge failed to properly address the legal sufficiency of the explanations and rather focused *only* on substantial evidence." (*Id.* at 2–3). Plaintiff also contends that the Magistrate Judge failed to address her argument that the ALJ improperly mischaracterized evidence. (*Id.*). Finally, Plaintiff "objects to the Magistrate Judge's finding that the ALJ properly considered Plaintiff's cane use." (*Id.*).

determination for which the district court cannot substitute its own judgment with that of the Commissioner.

After conducting an independent *de novo* review of the record in this case, I agree with Judge McCabe's Report and Recommendation.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) The Report (DE 40) is **ADOPTED** in its entirety.

(2) Defendant's Motion for Summary Judgment (DE 30) is **GRANTED.**

(3) Plaintiff's Motion for Summary Judgment (DE 28) is **DENIED.**

(4) The ALJ's decision is **AFFIRMED.**

(5) Final Judgment will be entered by separate order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 12th day of May, 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE